■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE HOOKS, Appellant. [614 NYS2d 245] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered April 1, 1992, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]). Balletta, J. P., Miller, Lawrence and Goldstein, JJ., concur.